[No. 1858-3.    Division Three.    August 17, 1976.]

*In the Matter of the Marriage of* RICHARD LEE WALTER, *Respondent, and* DEBRAH J. WALTER, *Petitioner.*

Appeal from a judgment of the Superior Court for Spokane County, No. 201791, Donald N. Olson, J., entered January 30, 1976. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 1170-3.    Division Three.    August 17, 1976.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD E. WHIPPLE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Stevens County, No. 18774, Sidney R. Buckley, J., entered April 5, 1974. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 1383-3.    Division Three.    August 20, 1976.]

THE STATE OF WASHINGTON, *Respondent,* v. ALBERTO PRUNEDA GONZALES, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 3156, Albert J. Yencopal, J., entered December 13, 1974. *Affirmed* by unpublished opinion per Hettinger, J. Pro Tem., concurred in by Green and Munson, JJ.

[No. 1707-3.    Division Three.    August 20, 1976.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD R. COLLINS, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 19085, Carl L. Loy, J., entered August 26, 1975. *Affirmed* by unpublished opinion per Patrick, J. Pro Tem., concurred in by Green and Munson, JJ.